UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DAMIEN PHILLIPS, | Case No. 2:23-cv-00599-ART-BNW |
|---|---|
| Petitioner, | ORDER |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS, | |
| Respondents. | |

Petitioner moves for an extension of time to file his first amended petition. (ECF No. 36.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed third motion for enlargement of time (ECF No. 36) is granted. Petitioner has until July 29, 2024, to file his amended petition.

Dated this 20th day of May 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1