UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAMIEN PHILLIPS,<br><br>                     Petitioner,<br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS,<br><br>                     Respondents. | Case No. 2:23-cv-00599-ART-BNW<br><br>ORDER |

      Petitioner moves for an extension of time to file his first amended petition. (ECF No. 40.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

      It is therefore ordered that Petitioner's unopposed fifth motion for enlargement of time (ECF No. 40) is granted. Petitioner has until November 27, 2024, to file his amended petition.

      DATED THIS 7th day of November, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1