UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAMIEN PHILLIPS,<br><br>                          Petitioner,<br>  v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>                         Respondents. | Case No. 2:23-cv-00599-ART-BNW<br><br>ORDER |

    In this habeas matter, Respondents move for an extension of time to file a response to the first amended petition. (ECF No. 47.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

    It is therefore ordered that Respondents' Unopposed Motion for Enlargement of Time (First Request) (ECF No. 47) is granted. Respondents have until April 11, 2025, to file a response to the amended petition.

    DATED THIS 11th day of February 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE