UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAMIEN PHILLIPS,<br><br>                    Petitioner,<br>     v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS,<br><br>                    Respondents. | Case No. 2:23-cv-00599-ART-BNW<br><br>ORDER |

Petitioner moves for an extension of time to file his opposition to the respondents' motion to dismiss. (ECF No. 54.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 54) is granted. Petitioner has until June 24, 2025, to file his opposition to the respondents' motion to dismiss.

DATED THIS 14th day of May, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1