UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAMIEN PHILLIPS,<br><br>                       Petitioner,<br>     v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS,<br><br>                      Respondents. | Case No. 2:23-cv-00599-ART-BNW<br><br>ORDER |

      Petitioner moves for an extension of time to file his opposition to the respondents' motion to dismiss. (ECF No. 56.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

      It is therefore ordered that Petitioner's unopposed second motion for enlargement of time (ECF No. 56) is granted. Petitioner has until July 24, 2025, to file his opposition to the respondents' motion to dismiss.

      DATED THIS 18th day of July, 2025.

*[signature]*

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE