UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DAMIEN PHILLIPS, | Case No. 2:23-cv-00599-ART-BNW |
|---|---|
| Petitioner, | ORDER |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS, | |
| Respondents. | |

    Petitioner moves for an extension of time to file his opposition to the respondents' motion to dismiss. (ECF No. 60.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

    It is therefore ordered that Petitioner's unopposed fourth motion for enlargement of time (ECF No. 60) is granted. Petitioner has until August 21, 2025, to file his opposition to the respondents' motion to dismiss.

DATED THIS 15th day of August, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE