UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAMIEN PHILLIPS,<br><br>                      Petitioner,<br>    v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS,<br><br>                      Respondents. | Case No. 2:23-cv-00599-ART-BNW<br><br>ORDER |

      Petitioner moves for an extension of time to file his opposition to the respondents' motion to dismiss. (ECF No. 64.) In addition, Respondents move for an extension of time to file their reply in support of their motion to dismiss. (ECF No. 67.) The Court finds the requests are made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motions.

      It is therefore ordered that Petitioner's unopposed sixth motion for enlargement of time (ECF No. 64) is granted *nunc pro tunc.*

      It is further ordered that Respondents unopposed first motion for enlargement of time (ECF No. 67) is granted. Respondents have until October 30, 2025, to file their reply.

      DATED THIS 7th day of October, 2025.

                                                      ANNE R. TRAUM<br>
                                                     UNITED STATES DISTRICT JUDGE