UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DAMIEN PHILLIPS, | Case No. 2:23-cv-00599-ART-BNW |
|---|---|
| Petitioner, | ORDER |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS, | |
| Respondents. | |

Respondents move for an extension of time to file their reply in support of their motion to dismiss. (ECF Nos. 69, 70.) The Court finds the requests are made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motions.

It is therefore ordered that Respondents' unopposed second motion for enlargement of time (ECF No. 69) is granted *nunc pro tunc.*

It is further ordered that Respondents' unopposed third motion for enlargement of time (ECF No. 70) is granted. Respondents have until December 11, 2025, to file their reply.

DATED THIS 25th day of November, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1