UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAMIEN PHILLIPS,

Petitioner,

v.

NEVADA DEPARTMENT OF CORRECTIONS,

Respondents.

Case No. 2:23-cv-00599-ART-BNW

ORDER

Petitioner Damien Phillips moves for an extension of time to file his reply. (ECF No. 80.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 80) is granted. Petitioner has until October 13, 2026, to file his reply.

DATED THIS 18th day of September 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE