UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAMIEN PHILLIPS,

Petitioner,

v.

NEVADA DEPARTMENT OF CORRECTIONS,

Respondents.

Case No. 2:23-cv-00599-ART-BNW

ORDER

Petitioner Damien Phillips moves for an extension of time to file his reply. (ECF No. 83.) In addition, Respondents filed a motion to extend time to file their Answer. (ECF No. 78.) The Court finds the requests are made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motions.

It is therefore ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 78) is granted *nunc pro tunc*.

It is further ordered that Petitioner's unopposed second motion for enlargement of time (ECF No. 83) is granted. Petitioner has until December 14, 2026, to file his reply.

DATED THIS 9th day of November, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE